United States Court of Appeals
Fifth Circuit

**F I L E D**

April 19, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-20304
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDGAR Galicia-Moreno,
also know as Rolando Sanchez Martinez,
also known as Rolands Martinez,
also know as Rolando S. Martinez,
also know as Edgar Moreno Galicia,

Defendant-Appellant.

-----------------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:04-CR-182-ALL
-----------------------------

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel, Thomas A. Martin, moves for leave to withdraw and filed an *Anders*[1] brief in support of his motion. Galicia-Moreno did not file a response. After review both of counsel's brief and of the record, we conclude that no

---

[*] Pursuant to the 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] *Anders v. California*, 386 U.S. 738 (1967).

nonfrivolous issues remain for appeal.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.[2]

---

[2] *See* 5TH CIR. R. 42.2.